IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3122 |
| | ) | |
| v. | ) | |
| | ) | |
| RODOLFO RODRIGUEZ, | ) | RESTRICTED ORDER ON |
| | ) | DEFENDANT'S MOTION TO CONTINUE |
| Defendant. | ) | SENTENCING |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Motion to Continue Sentencing, filing 58, is granted;

2. the sentencing hearing is continued to September 6, 2011, at 1:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated June 6, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge