IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>            Plaintiff,                      )<br>                                                             )<br>      v.                                                 )<br>                                                             )<br>RODOLFO RODRIGUEZ,                  )<br>                                                             )<br>            Defendant.                  )<br>                                                             ) | 4:10CR3122<br><br><br>ORDER ON MOTION TO CONTINUE<br>SENTENCING |

   The defendant, Rodolfo Rodriguez, by and through his counsel has requested a continuance in the sentencing hearing. There being no objection from the government,

   IT THEREFORE IS ORDERED that:

   1.   the Motion to Continue Sentencing, ECF No. 75, is granted;

   2.   the sentencing hearing is continued until February 27, 2012, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

   3.   the defendant shall be present for the hearing.

   Dated February 1, 2012.

                              BY THE COURT


                              s/ Warren K. Urbom
                              United States Senior District Judge