IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3122 |
| | ) | |
| v. | ) | |
| | ) | |
| RODOLFO RODRIGUEZ, | ) | ORDER ON ORAL MOTION |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1.    the oral motion by the defendant to continue the sentencing hearing is granted, ECF Document No. 82:

2.    the sentencing hearing shall commence at 12:15 p.m. on October 22, 2012, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3.    the defendant shall be present for the hearing.

Dated July 5, 2012.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge