IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3122 |
| v. | ) | |
| RODOLFO RODRIGUEZ, | ) | ORDER ON MOTION TO CONTINUE SENTENCING |
| Defendant. | ) | |

The defendant, Rodolfo Rodriguez, by and through his counsel has requested a continuance in the sentencing hearing. There being no objection from the government,

IT THEREFORE IS ORDERED that:

1. the Motion to Continue Sentencing, ECF No. 84, is granted;

2. the sentencing hearing is continued until November 26, 2012, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated October 9, 2012.

BY THE COURT

_Warren K. Urbom_

Warren K. Urbom
United States Senior District Judge