IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RODOLFO RODRIGUEZ,<br><br>    Defendant. | 4:10CR3122<br><br>ORDER ON MOTION FOR<br>PERMISSION TO SEAL |

IT IS ORDERED that the Motion for Permission to Seal, ECF No. 86, is granted.

Dated this 20 th day of November, 2012.

BY THE COURT:

_____

Warren K. Urbom
United States Senior District Judge