IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RODOLFO RODRIGUEZ,<br><br>               Defendant. | 4:10CR3122<br><br>**ORDER ON MOTION FOR PERMISSION TO SEAL AND MOTION FOR PERMISSION TO RESTRICT** |

      IT IS ORDERED that the Motion for Permission to Seal, ECF No. 90, and the Motion for Permission to Restrict, ECF No. 92, are granted.

      Dated March 15, 2012.

                                        BY THE COURT

                                      Warren K. Urbom
                                      United States Senior District Judge