IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:10CR3122** |
| vs. | |
| RODOLFO RODRIGUEZ, | **ORDER** |
| Defendant. | |

IT IS ORDERED that the Motion to Seal, ECF No. 98, is granted.

Dated March 18, 2013.

BY THE COURT:

*[signature]*

Warren K. Urbom
United States Senior District Court